B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Decker, Marilyn K.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4017** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3868 N. Illinois 23**<br>**Sheridan, IL**<br><div align="right">ZIP Code **60551**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**La Salle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Decker, Marilyn K.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ William L. Hotopp                September 10, 2010**<br>Signature of Attorney for Debtor(s)                (Date)<br>**William L. Hotopp 6239147** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                         Page 3

| | Name of Debtor(s): |
|---|---|
| # Voluntary Petition | **Decker, Marilyn K.** |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marilyn K. Decker**
_____
Signature of Debtor  **Marilyn K. Decker**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 10, 2010**
_____
Date

### Signature of Attorney*

X **/s/ William L. Hotopp**
_____
Signature of Attorney for Debtor(s)

**William L. Hotopp 6239147**
_____
Printed Name of Attorney for Debtor(s)

**Law Office of William L. Hotopp**
_____
Firm Name

**222 E. Church Street**
**Sandwich, IL 60548**
_____
Address

                    **Email: wlhotopp@comcast.net**
**815-786-7770  Fax: 815-786-7773**
_____
Telephone Number

**September 10, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Marilyn K. Decker**                                         Case No. _____

_____    Chapter    **7**    _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Marilyn K. Decker**
                         **Marilyn K. Decker**

Date:    **September 10, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Marilyn K. Decker**                                                                 ,      Case No. _____

                                        Debtor

                                                                                               Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 935,869.00 | | |
| B - Personal Property | Yes | 4 | 58,466.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 973,454.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 2,258,822.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,566.80 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,900.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 994,335.04 | | |
| Total Liabilities | | | | 3,232,277.84 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Marilyn K. Decker** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,566.80 |
| Average Expenses (from Schedule J, Line 18) | 1,900.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,565.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 20,131.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,258,822.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,278,953.99 |

B6A (Official Form 6A) (12/07)

In re  **Marilyn K. Decker**                                                ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** | **Tenants by the Entirety** | J | 319,000.00 | 313,000.00 |
| **Single family residence located at 566 Carolyn, Somonauk, Illinois.** | **Joint tenant** | - | 165,037.00 | 168,500.00 |
| **Unimproved land, 50 acres located at North 3560th Road, Serena, Illinois.** | | - | 286,666.00 | 300,000.00 |
| **Single family residence located at 3813 East 22nd Road, Serena, Illinois.** | | - | 165,166.00 | 168,500.00 |

|  | Sub-Total > | 935,869.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 935,869.00 |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Marilyn K. Decker**                                                    ,    Case No. _____

_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account # 0433570901, located at the Centrue Bank, is overdrawn.** | - | 0.00 |
| | | **Savings Account # 5100403319 located at the Centrue Bank.** | - | 115.14 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room set, bedrom set, kitchen set located at personal residence.** | - | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal clothing located at personal residence.** | - | 550.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Live insurance policy, Metropolitan Life, face value is $50,000.00, no surrender or cash value.** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       665.14
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marilyn K. Decker**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) Amerprise Financial, Account # 1917 0581 3 001 - $1,521.40**<br>**401(k) Joint with spouse Wayne Decker**<br>**- Fidelity: Account # 00499085694 with a balance of $547.54**<br>**- American Funds # 67295585 with a balance of $4,491.76**<br>**- Wells Fargo # 2392-3795 with a balance of $5,740.20** | - | 12,300.90 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Healthy Incentives Inc. a/k/a Ultra 90, Inc. a/k/a Ultra 90, Inc. dba Healthy Incentives Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 12,300.90 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marilyn K. Decker**                                        ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trade mark for Ultra 90.** | **-** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chrysler CTS.** | **J** | **27,500.00** |
| | | **2007 GMC located at personal residence.  Joint ownership with spouse.** | **J** | **Unknown** |
| | | **2003 Chevy Corvette located at personal residence. Joint ownership with spouse.** | **J** | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **45,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re      **Marilyn K. Decker**                                          ,      Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **58,466.04** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Marilyn K. Decker**                                    ,   Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** | **735 ILCS 5/12-901** | **6,000.00** | **319,000.00** |
| **Household Goods and Furnishings** | | | |
| **Living room set, bedrom set, kitchen set located at personal residence.** | **735 ILCS 5/12-1001(b)** | **0.00** | **Unknown** |
| **Wearing Apparel** | | | |
| **Personal clothing located at personal residence.** | **735 ILCS 5/12-1001(a)** | **550.00** | **550.00** |
| **Interests in Insurance Policies** | | | |
| **Live insurance policy, Metropolitan Life, face value is $50,000.00, no surrender or cash value.** | **215 ILCS 5/238** | **0.00** | **Unknown** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) Amerprise Financial, Account # 1917 0581 3 001 - $1,521.40** | **735 ILCS 5/12-704** | **12,331.10** | **12,300.90** |
| **401(k) Joint with spouse Wayne Decker** | | | |
| **- Fidelity: Account # 00499085694 with a balance of $547.54** | | | |
| **- American Funds # 67295585 with a balance of $4,491.76** | | | |
| **- Wells Fargo # 2392-3795 with a balance of $5,740.20** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Chrysler CTS.** | **735 ILCS 5/12-1001(c)** | **1,465.92** | **27,500.00** |
| **2007 GMC located at personal residence.  Joint ownership with spouse.** | **735 ILCS 5/12-1001(c)** | **934.00** | **Unknown** |
| **2003 Chevy Corvette located at personal residence.  Joint ownership with spouse.** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **18,000.00** |

Total:  **23,281.02**   **377,350.90**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Marilyn K. Decker** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0526** <br><br> **Centrue Bank** <br> **321 W. Main St.** <br> **Ottawa, IL 61350** | X | - | **First Mortgage** <br><br> **Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** <br><br> Value $            **319,000.00** | | | | 63,000.00 | 0.00 |
| Account No. **xxxxxx6025** <br><br> **Citizens Automobile Finance** <br> **PO Box 42002** <br> **Providence, RI 02940** | X | - | **2009** <br><br> **Purchase Money Security** <br><br> **2009 Chrysler CTS.** <br><br> Value $            **27,500.00** | | | | 23,454.85 | 0.00 |
| Account No. **xxxxxx3510** <br><br> **Citizens First National Bank** <br> **606 S. Main Street** <br> **Princeton, IL 61356** | X | - | **Not provided** <br><br> **First Mortgage** <br><br> **Unimproved land, 50 acres located at North 3560th Road, Serena, Illinois.** <br><br> Value $            **286,666.00** | | | | 300,000.00 | 13,334.00 |
| Account No. **Not provided** <br><br> **Citizens First National Bank** <br> **606 S. Main Street** <br> **Princeton, IL 61356** | X | - | **Not provided** <br><br> **Second Mortgage** <br><br> **Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** <br><br> Value $            **319,000.00** | | | | 250,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| __1__ continuation sheets attached | Subtotal (Total of this page) | 636,454.85 | 13,334.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marilyn K. Decker**                                                                    ,  Case No. _____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3510**<br><br>**Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** | - | | Not provided.<br><br>Collateral for loan.<br><br>Single family residence located at 566 Carolyn, Somonauk, Illinois.<br><br>Value $ **165,037.00** | | | | **168,500.00** | **3,463.00** |
| Account No. **xxxxxx3510**<br><br>**Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** | - | | Not provided.<br><br>Collateral for loan.<br><br>Single family residence located at 3813 East 22nd Road, Serena, Illinois.<br><br>Value $ **165,166.00** | | | | **168,500.00** | **3,334.00** |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **337,000.00** | **6,797.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **973,454.85** | **20,131.00** |

B6E (Official Form 6E) (4/10)

In re   **Marilyn K. Decker**                                                                    , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Marilyn K. Decker**                                                    Case No. _____
                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**5 Star Radio Group**<br>**1640 Old Russellville Pike**<br>**Clarksville, TN 37043** | | - | | | **Not provided.**<br>**Advertisement.** | | | | **18,000.00** |
| Account No. **xxx-x-xxxxxx6875**<br><br>**A.R.C. - DeKalb LLC**<br>**520 East 22nd Street**<br>**Lombard, IL 60148** | | - | | | **2/9/2010**<br>**Medical services** | | | | **11.20** |
| Account No. **Not provided**<br><br>**Aaron Baer**<br>**Baer Performance Marketing**<br>**1951 Fiesta Lane**<br>**Green Bay, WI 54302** | | - | | | **Not provided**<br>**Marketing adviser; professional services.** | | | | **5,000.00** |
| Account No.<br><br>**ACME Television of WI**<br>**975 Parkview Rd. Suite 4**<br>**Green Bay, WI 54304** | | - | | | **Not provided.**<br>**Advertisement.** | | | | **3,654.16** |
| __33__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **26,665.36** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    S/N:23207-100630    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **AJG Corporation PO Box 542 Dellslow, WV 26531** | - | | | | | | | | 3,309.26 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **American Finasco, Inc. 12818 Hwy. 105 West, Suite 1A Conroe, TX 77304** | - | | | | | | | | 13,103.57 |
| Account No. xxx9089 | | | | | Not provided. Medical services | | | | |
| **Anesthiesia Associates 350 S Northwest HW 200 Park Ridge, IL 60068** | - | | | | | | | | 112.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **Artistic Media Partners 3371 Cleveland Rd. Suite 300 South Bend, IN 46601** | - | | | | | | | | 9,569.95 |
| Account No. | | | | | Not provided. Medical services | | | | |
| **Atlas Physical Therapy & Sports Medicine PO Box 848 Aurora, IL 60507** | - | | | | | | | | 425.09 |

| | | |
|---|---|---|
| Sheet no. __1__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 26,519.87 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                              ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-x-xxxxxxx0540** <br><br> **Aurora Radiology Consultants** <br> **520 E. 22nd St.** <br> **Lombard, IL 60148** | - | | | **Not provided.** <br> **Medical services** | | | | 159.20 |
| Account No. **xxx2334** <br><br> **Aurora Radiology Consultants** <br> **2250 E. Devon Avenue** <br> **Suite 352** <br> **Des Plaines, IL 60018-4519** | - | | | **2/10/2010** <br> **Medical services** | | | | 159.20 |
| Account No. **Not provided** <br><br> **Barrington Broadcasting** <br> **Attn: Kenneth McEvoy** <br> **628 Columbus Street Ste 107** <br> **Ottawa, IL 61350** | - | | | **Not provided** <br> **Advertising services.** | | | | 6,812.50 |
| Account No. <br><br> **Beasley Broadcasting** <br> **PO Box 2563** <br> **Fayetteville, NC 28302** | - | | | **Not provided.** <br> **Advertisement.** | | | | 9,279.00 |
| Account No. <br><br> **Blue Water Broadcasting** <br> **4101-A Wall Street** <br> **Montgomery, AL 36106** | - | | | **Not provided.** <br> **Advertisement.** | | | | 17,559.15 |

Sheet no. **_2_** of **_33_** sheets attached to Schedule of        Subtotal        33,969.05
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Marilyn K. Decker**                                        ,      Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Capitol One** PO Box 30285 Salt Lake City, UT 84130-0285 | - | | Not provided. Advertisement. | | | | 3,546.85 |
| Account No. **Capitol One Business Card** PO Box 30285 Salt Lake City, UT 84130-0285 | - | | Not provided. Advertisement. | | | | 2,749.00 |
| Account No. **Carnival Sea Miles / Barclay Card** PO Box 13337 Philadelphia, PA 19101 | - | | Not provided. Advertisement. | | | | 19,473.36 |
| Account No. **CBS Radio, Inc.** 180 North Stetson Ave. Suite 1000 Chicago, IL 60601 | - | | Not provided. Advertisement. | | | | 61,782.68 |
| Account No. **CBS Radio, Inc.** 1520 South Blvd. Suite 300 Charlotte, NC 28203 | - | | Not provided. Advertisement. | | | | 21,395.00 |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,946.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CBS4 - Coronet Communications**<br>**231 18th Street**<br>**Rock Island, IL 61201** | - | | Not provided<br>Advertisement. | | | | 1,200.00 |
| Account No.<br><br>**Chase Credit Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | Not provided.<br>Advertisement. | | | | 17,472.85 |
| Account No.<br><br>**Citadel**<br>**PO Box 1280**<br>**Boise, ID 83701** | - | | Not provided.<br>Advertisement. | | | | 25,460.00 |
| Account No.<br><br>**Citadel and Last Bastion Trust**<br>**4045 NW 64th, Suite 600**<br>**Oklahoma City, OK 73116** | - | | Not provided.<br>Advertisement. | | | | 14,615.65 |
| Account No.<br><br>**Citadel Broadcasting**<br>**3420 Pine Tree Rd.**<br>**Lansing, MI 48911** | - | | Not provided.<br>Advertisement. | | | | 17,830.00 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,578.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citadel Broadcasting**<br>**1740 Champagne Dr. N.**<br>**Saginaw, MI 48604** | - | | **Not provided.**<br>**Advertisement.** | | | | **14,000.00** |
| Account No.<br><br>**Clear Channel**<br>**2864 South Circle Drive**<br>**Colorado Springs, CO 80906** | - | | **Not provided.**<br>**Advertisement.** | | | | **33,496.35** |
| Account No.<br><br>**Clear Channel**<br>**PO Box 406372**<br>**Atlanta, GA 30384** | - | | **Not provided.**<br>**Advertisement.** | | | | **50,282.10** |
| Account No.<br><br>**Clear Channel**<br>**PO Box 21008**<br>**Huntsville, AL 35813** | - | | **Not provided.**<br>**Advertisement.** | | | | **12,532.80** |
| Account No.<br><br>**Clear Channel**<br>**600 Beacon Parkway West, Suite 400**<br>**Birmingham, AL 35209** | - | | **Not provided.**<br>**Advertisement.** | | | | **16,262.08** |

Sheet no. __5___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**126,573.33**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Not provided. | | | | |
| Clear Channel 4695 South Monaco Street Denver, CO 80237 | - | | Advertisement. | | | | 6,955.84 |
| Account No. | | | Not provided. | | | | |
| Clear Channel 11700 Central Parkway Jacksonville, FL 32224 | - | | Advertisement. | | | | 52,977.00 |
| Account No. | | | Not provided. | | | | |
| Clear Channel 1501  13th Ave. Columbus, GA 31901 | - | | Advertisement. | | | | 38,854.00 |
| Account No. | | | Not provided. | | | | |
| Clear Channel 809 Westover Blvd. Albany, GA 31707 | - | | Advertisement. | | | | 5,376.00 |
| Account No. | | | Not provided. | | | | |
| Clear Channel 233 N. Michigan #2800 Chicago, IL 60601 | - | | Advertisement. | | | | 5,850.00 |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110,012.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                      ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clear Channel**<br>**9323 E. 37th N**<br>**Wichita, KS 67226** | - | | Not provided.<br>Advertisement. | | | | 27,096.00 |
| Account No.<br><br>**Clear Channel**<br>**125 S. Superior**<br>**Toledo, OH 43604** | - | | Not provided.<br>Advertisement. | | | | 37,600.00 |
| Account No.<br><br>**Clear Channel**<br>**50 Penn Place, Suite 1000**<br>**Oklahoma City, OK 73118** | - | | Not provided.<br>Advertisement. | | | | 28,245.95 |
| Account No.<br><br>**Clear Channel**<br>**2801 South Decker Lake Dr.**<br>**Salt Lake City, UT 84119** | - | | Not provided.<br>Advertisement. | | | | 13,360.00 |
| Account No.<br><br>**Clear Channel**<br>**2561 S. Fish Hatchery Rd.**<br>**Madison, WI 53711** | - | | Not provided.<br>Advertisement. | | | | 10,843.00 |

Sheet no. __7__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,144.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                    ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clear Channel**<br>**12100 W. Howard Ave**<br>**Greenfield, WI 53228** | - | | **Not provided.**<br>**Advertisement.** | | | | 14,118.95 |
| Account No.<br><br>**Clear Channel**<br>**5966 Grove Hill Rd.**<br>**Frederick, MD 21703** | - | | **Not provided.**<br>**Advertisement.** | | | | 34,500.00 |
| Account No.<br><br>**Clear Channel**<br>**55 Music Square West**<br>**Nashville, TN 37203** | - | | **Not provided.**<br>**Advertisement.** | | | | 32,542.90 |
| Account No.<br><br>**Clear Channel**<br>**3535 E. Kimberly Rd.**<br>**Davenport, IA 52807** | - | | **Not provided.**<br>**Advertisement.** | | | | 24,985.55 |
| Account No.<br><br>**Clear Channel**<br>**1113 Nebraska St.**<br>**Sioux City, IA 51105** | - | | **Not provided.**<br>**Advertisement.** | | | | 9,127.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,274.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    Case No. _____
                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Not provided. Advertisement. | | | | |
| Clear Channel 10 Columbus Blvd. Hartford, CT 06106 | - | | | | | | 27,384.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| Clear Channel 3565 Green St. Muskegon, MI 49444-3875 | - | | | | | | 12,848.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| Clear Channel 77 Monroe Center, Suite 1000 Grand Rapids, MI 49503 | - | | | | | | 27,500.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| Cox Radio 8000 Belfort Parkway Jacksonville, FL 32256 | - | | | | | | 35,849.70 |
| Account No. | | | Not provided. Advertisement. | | | | |
| Cox Radio 850 Bobbin Mill Rd. Athens, GA 30606 | - | | | | | | 6,000.00 |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          109,581.70

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cromwell Radio**<br>**1824 Murfreesboro Road**<br>**Nashville, TN 37217** | - | | | Not provided.<br>Advertisement | | | | **20,309.33** |
| Account No.<br><br>**Cumulus**<br>**1229 Brady St.**<br>**Davenport, IA 52803** | - | | | Not provided.<br>Advertisement. | | | | **29,651.65** |
| Account No.<br><br>**Cumulus**<br>**6317 Taylor Dr.**<br>**Flint, MI 48507** | - | | | Not provided.<br>Advertisement. | | | | **37,112.49** |
| Account No.<br><br>**Cumulus**<br>**4154 Jennings Dr.**<br>**Kalamazoo, MI 49048** | - | | | Not provided.<br>Advertisement. | | | | **13,287.00** |
| Account No.<br><br>**Cumulus**<br>**491 S. Washburn St., Suite 400**<br>**Oshkosh, WI 54904** | - | | | Not provided.<br>Advertisement. | | | | **15,349.50** |

Sheet no. __**10**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,709.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                        ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cumulus Media 1 Commerce Street Montgomery, AL 36104** | - | | Not provided Advertisement. | | | | 35,088.00 |
| Account No. **Cumulus Media 810 Victoria St. Green Bay, WI 54302** | - | | Not provided. Advertisement. | | | | 6,922.00 |
| Account No. **Cumulus Radio 425 2nd St. S.E., 4th Floor Cedar Rapids, IA 52401** | - | | Not provided. Advertisement. | | | | 7,347.70 |
| Account No. **Curtis Media 3012 Highwoods Blvd Ste 201 Raleigh, NC 27604** | - | | Not provided. Advertisement. | | | | 32,250.00 |
| Account No. **Daily American 334 W. Main St., PO Box 638 Somerset, PA 15501** | - | | Not provided. Advertisement. | | | | 90.75 |

Sheet no. __11__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          81,698.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| East Carolina Radio 2422 S. Wrightsville Ave. Nags Head, NC 27959 | - | | | | | | | | 2,756.25 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| Entercom Communications 305 Hwy. 315 Pittston, PA 18640 | - | | | | | | | | 5,453.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| Forever Broadcasting 2551 Park Center Blvd. State College, PA 16801 | - | | | | | | | | 6,300.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| Forever Broadcasting One Forever Dr. Hollidaysburg, PA 16648 | - | | | | | | | | 13,650.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| Forever Broadcasting 109 Plaza Dr. Johnstown, PA 15905 | - | | | | | | | | 13,650.00 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,809.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marilyn K. Decker** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Forever Communications** <br> **122 Radio Rd.** <br> **Jackson, TN 38301** | - | | Not provided. <br> Advertisement. | | | | 12,660.00 |
| Account No. <br><br> **FOX 12 KTRV** <br> **PO Box 1212** <br> **Nampa, ID 83653** | - | | Not provided. <br> Advertisement. | | | | 2,020.00 |
| Account No. <br><br> **GapWest Broadcasting** <br> **125 West Mendenhall Suite 1** <br> **Bozeman, MT 59715** | - | | Not provided. <br> Advertisement. | | | | 28,117.11 |
| Account No. **xx016C** <br><br> **Gardiner, Koch, Weisberg & Wrong** <br> **53 W. Jackson Blvd. Ste 950** <br> **Chicago, IL 60604** | - | | April 2009 <br> Legal services | | | | 13,743.92 |
| Account No. <br><br> **Gentle Solutions** <br> **Attn: Tricia McDaniel** <br> **3596 N. Jefferson Rd.** <br> **Midland, MI 48642** | - | | Not provided. <br> Contested litigation. | | | X | Unknown |

Sheet no. __13__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,541.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                     ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greater Media**<br>**One Julian Price Place**<br>**Charlotte, NC 28208** | - | | **Not provided.**<br>**Advertisement.** | | | | **7,875.00** |
| Account No. **xxx9089**<br><br>**Healthcare Information Services**<br>**350 S. Northwest Hwy, Suite 200**<br>**Park Ridge, IL 60068** | - | | **1/29/2010**<br>**Medical services** | | | | **112.00** |
| Account No.<br><br>**Healthy Solutions**<br>**Attn:  Stephanie Handy**<br>**22212 W. Harris Rd.**<br>**Brant, MI 48614** | - | | **Not provided.**<br>**Contested litigation.** | | | X | **Unknown** |
| Account No.<br><br>**Hubbard Radio**<br>**3415 University Ave. SE**<br>**Minneapolis, MN 55114** | - | | **Not provided.**<br>**Advertisement.** | | | | **9,800.00** |
| Account No.<br><br>**Impact Radio**<br>**4049 Williston Rd. Suite 2**<br>**South Burlington, VT 05403** | - | | **Not provided.**<br>**Advertisement.** | | | | **4,875.00** |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                **22,662.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Inner Banks Media** <br> **408 West Arlington Blvd.** <br> **Suite 101-C** <br> **Greenville, NC 27834** | - | | | | **Not provided.** <br> **Advertisement.** | | | | **32,000.00** |
| Account No. **Saga Com; WVVR; WEGI; WCVG** <br><br> **Kenneth McEvoy** <br> **628 Columbus Street** <br> **Ottawa, IL 61350** | - | | | | **Not provided** <br> **Advertising services** | | | | **18,000.00** |
| Account No. **xxx-xxx0-758** <br><br> **Kohls** <br> **P.O. Box 3043** <br> **Milwaukee, WI 53201** | - | | | | **Department store credit cards** | | | | **1,091.41** |
| Account No. <br><br> **KSL TV** <br> **55 North 300 West Broadcast House** <br> **Salt Lake City, UT 84110** | - | | | | **Not provided.** <br> **Advertisement.** | | | | **2,408.33** |
| Account No. <br><br> **KWQC** <br> **805 Brady St.** <br> **Davenport, IA 52803** | - | | | | **Not provided.** <br> **Advertisement.** | | | | **1,080.00** |

Sheet no. __**15**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,579.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**La Cross Radio Group**<br>**PO Box 2017**<br>**La Crosse, WI 54602** | - | | | **Not provided.**<br>**Advertisement.** | | | | 9,447.00 |
| Account No.<br><br>**Legacy Media - WEKS**<br>**PO Box 925**<br>**Senoia, GA 30276** | - | | | **Not provided.**<br>**Advertisement.** | | | | 4,249.00 |
| Account No.<br><br>**Lin Television FOX 11**<br>**n/k/a Acme Television of WI, LLC**<br>**787 Lombardi Avenue**<br>**Green Bay, WI 54313** | - | | | **Not provided.**<br>**Advertisement.** | | | | 4,935.00 |
| Account No. **Not provided**<br><br>**Local TV Illinois, LLC**<br>**Attn: Kenneth R. McEvoy**<br>**628 Columbus Street, Ste 107**<br>**Ottawa, IL 61350** | - | | | **Not provided**<br>**Advertising services** | | | | 6,234.00 |
| Account No.<br><br>**MacDonald Garber Broadcasting**<br>**2095 US 131 S., PO Box 286**<br>**Petoskey, MI 49770** | - | | | **Not provided.**<br>**Advertisement.** | | | | 11,004.06 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,869.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Maverick Media, LLC**<br>**Attn: Neil Bauer**<br>**944 Harlem St.**<br>**Altoona, WI 54720** | - | | | Not provided.<br>Advertisement. | | | | **5,978.00** |
| Account No. **Not provided** <br><br>**Medical & Dental Business Bureau**<br>**333 E. Washington Blvd.**<br>**P.O. Box 11285**<br>**Fort Wayne, IN 46857** | - | | | Not provided<br>Not provided | | | | **Unknown** |
| Account No. <br><br>**Midwest Broadcasting / WRIG, Inc.**<br>**WDEZ & WIFC**<br>**PO Box 2048**<br>**Wausau, WI 54402-2048** | - | | | Not provided.<br>Advertisement. | | | | **52,710.00** |
| Account No. <br><br>**Midwest Broadcasting WNCY & WIXX**<br>**1420 Bellevue St.**<br>**Green Bay, WI 54311** | - | | | Not provided.<br>Advertisement. | | | | **72,130.00** |
| Account No. <br><br>**Midwest Family Broadcasting**<br>**201 State St.**<br>**La Crosse, WI 54602** | - | | | Not provided.<br>Advertisement. | | | | **8,000.00** |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**138,818.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                          , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Midwestern Broadcasting Company** <br>**The Paul Bunyan Network** <br>**314 Front St., PO Box 472** <br>**Traverse City, MI 49684** | - | | | Not provided. <br>Advertisement. | | | | 19,000.00 |
| Account No. **Not provided** <br><br>**Moby Enterprises** <br>**1160 D. Grimes Bridge Road** <br>**Roswell, GA 30075** | - | | | Not provided <br>Professional services. | | | | 32,800.00 |
| Account No. <br><br>**Modern Babies and Children** <br>**PO Box 625** <br>**Parkton, MD 21120** | - | | | Not provided. <br>Advertisement. | | | | 509.00 |
| Account No. **Not provided** <br><br>**Mountain Dog Media Stations** <br>**254 Winnebago Drive** <br>**Fond Du Lac, WI 54935** | - | | | Not provided <br>Advertising services | | | | 2,000.00 |
| Account No. <br><br>**Nashville Scene** <br>**210 12th Ave. South, Suite 100** <br>**Nashville, TN 37203** | - | | | Not provided. <br>Advertisement. | | | | 1,327.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **55,636.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                        , Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Not provided**<br><br>**News Radio Group, LLC**<br>**Attn: Kenneth G. McEvoy**<br>**628 Columbus Street Ste 107**<br>**Ottawa, IL 61350** | - | | Not provided<br>Advertising services | | | | 36,503.00 |
| Account No.<br><br>**Next Media**<br>**1361 Colony Dr.**<br>**New Bern, NC 28562** | - | | Not provided.<br>Advertisement. | | | | 32,398.56 |
| Account No.<br><br>**Next Media**<br>**1795 Tittabawassee Rd**<br>**Saginaw, MI 48604** | - | | Not provided.<br>Advertisement. | | | | 20,739.60 |
| Account No.<br><br>**Northern Broadcasting**<br>**1020 Hastings, Suite 102**<br>**Traverse City, MI 49686** | - | | Not provided.<br>Advertisement. | | | | 29,207.20 |
| Account No.<br><br>**NRG Media**<br>**2301 County B**<br>**Plover, WI 54467** | - | | Not provided.<br>Advertisement. | | | | 36,503.00 |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      155,351.36

B6F (Official Form 6F) (12/07) - Cont.

In re __Marilyn K. Decker__ ,                                   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NRG Media** <br> **PO Box 666** <br> **Kearney, NE 68848** | - | | Not provided. <br> Advertisement. | | | | 20,176.00 |
| Account No. <br><br> **Oasis Radio Group** <br> **2100 Goshen Rd. Suite 232** <br> **Fort Wayne, IN 46808** | - | | Not provided. <br> Advertisement. | | | | 13,000.00 |
| Account No. <br><br> **Opus Broadcasting** <br> **1200 N. 18th St.** <br> **Monroe, LA 71201** | - | | Not provided. <br> Advertisement. | | | | 13,683.80 |
| Account No. xxxxxx8878 <br><br> **Palos Community Hospital** <br> **12251 S. 80th Ave.** <br> **Palos Heights, IL 60463** | - | | Not provided. <br> Medical services | | | | 4,400.09 |
| Account No. xxxxxx7467 <br><br> **Palos Community Hospital** <br> **12251 S. 80th Ave.** <br> **Palos Heights, IL 60463** | - | | Not provided. <br> Medical services | | | | 961.68 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,221.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xPCHH**<br><br>**Palos Community Hospital**<br>**12251 S. 80th Avenue**<br>**Palos Heights, IL 60463** | - | | Not provided.<br>Medical services | | | | 15.60 |
| Account No.<br><br>**Paulson Management Group, Inc**<br>**1035 Pearl St. 4th Floor**<br>**Boulder, CO 80302** | - | | Not provided.<br>Advertisement. | | | | 2,500.00 |
| Account No.<br><br>**Peak Broadcasting**<br>**827 E. Park Blvd. Suite 201**<br>**Boise, ID 83712** | - | | Not provided.<br>Advertisement. | | | | 24,000.00 |
| Account No.<br><br>**Perfect Wedding Guide**<br>**PO Box 445**<br>**Parkton, MD 21120** | - | | Not provided.<br>Advertisement. | | | | 257.50 |
| Account No.<br><br>**Planet Radio**<br>**237 W. Edison Rd.**<br>**Mishawaka, IN 46545** | - | | Not provided.<br>Advertisement. | | | | 32,930.00 |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,703.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PMB Radio** <br>**1353 13th Ave.** <br>**Columbus, GA 31901** | - | | Not provided. <br>Advertisement. | | | | 21,182.00 |
| Account No. <br><br>**Powell Broadcasting** <br>**522  14th St.** <br>**Sioux City, IA 51105** | - | | Not provided. <br>Advertisement. | | | | 20,524.00 |
| Account No. **xxxx5034** <br><br>**Provena Mercy Medical Center** <br>**75 Remittance Dr. Suite 1871** <br>**Chicago, IL 60675** | - | | Not provided. <br>Medical services | | | | 294.74 |
| Account No. <br><br>**Qantum of Florence** <br>**181 E. Evans St., Suite 311** <br>**Florence, SC 29506** | - | | Not provided. <br>Advertisement. | | | | 16,755.00 |
| Account No. <br><br>**Qantum of Myrtle Beach** <br>**4841 Hwy. 17 Bypass South** <br>**Myrtle Beach, SC 29577** | - | | Not provided. <br>Advertisement. | | | | 16,035.00 |

Sheet no. __**22**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**74,790.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                     ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Not provided. Advertisement. | | | | |
| QueenB Television 141 S. 6th St. La Crosse, WI 54601 | - | | | | | | | 5,292.00 |
| Account No. | | | | Not provided. Advertisement. | | | | |
| Radio One 2755 Sager Rd. Valparaiso, IN 46383 | - | | | | | | | 25,974.71 |
| Account No. | | | | Not provided. Advertisement. | | | | |
| Radio Plus, Inc. 210 S Main St. Fond Du Lac, WI 54935 | - | | | | | | | 3,295.70 |
| Account No. | | | | Not provided. Advertisement. | | | | |
| Redwolf Broadcasting PO Box 357 Ledyard, CT 06339 | - | | | | | | | 8,500.00 |
| Account No. | | | | Not provided. Not provided. Advertisement. | | | | |
| Regent Broadcasting n/k/a TownSquare Media 600 Main Street Windsor, CO 80550 | - | | | | | | | 19,437.51 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,499.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Marilyn K. Decker** _____,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regent Broadcasting n/k/a TownSquare Media**<br>**9418 River Rd.**<br>**Marcy, NY 13403** | - | | Not provided.<br>Advertisement. | | | | 22,500.00 |
| Account No.<br><br>**Regent Broadcasting n/k/a TownSquare Media**<br>**3338 E. Bristol Rd.**<br>**Burton, MI 48529** | - | | Not provided.<br>Advertisement. | | | | 3,811.00 |
| Account No.<br><br>**Regent Communications n/k/a TownSquare Media**<br>**3301 Frederica St.**<br>**Owensboro, KY 42301** | - | | Not provided.<br>Advertisement. | | | | 11,551.50 |
| Account No.<br><br>**Renda Broadcasting**<br>**6440 Atlantic Blvd.**<br>**Jacksonville, FL 32211** | - | | Not provided.<br>Advertisement. | | | | 26,703.38 |
| Account No.<br><br>**Renda Broadcasting**<br>**1200 E. Britton Rd.**<br>**Oklahoma City, OK 73131** | - | | Not provided.<br>Advertisement. | | | | 26,440.00 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,005.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Results Radio**<br>**970 Tripoli St.**<br>**Johnstown, PA 15902** | - | | Not provided.<br>Advertisement. | | | | 15,693.07 |
| Account No.<br><br>**RiverBend Communications**<br>**1190 E. Lincoln Rd.**<br>**Idaho Falls, ID 83401** | - | | Not provided.<br>Advertisement. | | | | 6,312.00 |
| Account No. **Not provided**<br><br>**Rush Copley Medical Center**<br>**P.O. Box 352**<br>**Aurora, IL 60507** | - | | Not provided<br>Medical services | | | | 425.09 |
| Account No. **Not provided**<br><br>**SAGA Communications of Tuskesse**<br>**Attn: Kenneth G. McEvoy**<br>**628 Columbus Street Ste 107**<br>**Ottawa, IL 61350** | - | | Not provided<br>Advertising services | | | | 18,000.00 |
| Account No.<br><br>**Salem Media**<br>**2970 Peachtree Rd. NW. Suite 700**<br>**Atlanta, GA 30305** | - | | Not provided.<br>Advertisement. | | | | 23,197.00 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,627.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Not provided. Advertisement. | | | | |
| **Shoreline Communication** **PO Box 4190** **Campbellsville, KY 42719** | - | | | | | | 1,071.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| **Simmons Media** **2425 W. Central Ave. Suite 203** **Missoula, MT 59801** | - | | | | | | 11,952.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| **Sinclair Communications** **631 Mainstream Dr.** **Nashville, TN 37228** | - | | | | | | 20,119.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| **South Central Broadcast Group** **PO Box 40506** **Nashville, TN 37204** | - | | | | | | 33,990.00 |
| Account No. | | | Not provided. Advertisement. | | | | |
| **Sunshine Broadcasting** **100 NW 76th Dr., Suite 2** **Gainesville, FL 32607** | - | | | | | | 6,000.00 |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                73,132.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Syndicated Solutions** <br>**PO Box 1078** <br>**Ridgefield, CT 06877** | - | | | Not provided. <br>Advertisement. | | | | 12,000.00 |
| Account No. <br><br>**Tactical Solutions** <br>**22850 W. Harris Rd.** <br>**Brant, MI 48614** | - | | | Not provided. <br>Business related litigation. | | | X | Unknown |
| Account No. **Not provided** <br><br>**Tactical Solutions** <br>**Attn: Marilyn Murdock** <br>**22850 W. Harris Rd.** <br>**Brant, MI 48614** | - | | | Not provided <br>Business related litigation. | | | X | Unknown |
| Account No. <br><br>**Twin Lakes Radio** <br>**2352 Highway 62 B** <br>**Mountain Home, AR 72653** | - | | | Not provided. <br>Advertisement. | | | | 4,700.00 |
| Account No. <br><br>**Tyler Media** <br>**5101 S. Shields Blvd.** <br>**Oklahoma City, OK 73129** | - | | | Not provided. <br>Advertisement. | | | | 9,735.75 |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,435.75

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Not provided**<br><br>**Ultra Slim 90**<br>**Attn: Frasier, Trebilock, Davis & D**<br>**124 W. Allegan Street Ste 1000**<br>**Lansing, MI 48933** | - | | Not provided<br>Business related litigation | | | X | **Unknown** |
| Account No. **xxxxx6489**<br><br>**Valley West Community Hospital**<br>**P.O. Box 739**<br>**Moline, IL 61266** | - | | Not provided<br>Medical services | | | | **98.91** |
| Account No. **xxxxx0048**<br><br>**Valley West Community Hospital**<br>**11 E. Pleasant Avenue**<br>**Sandwich, IL 60548** | - | | Not provided.<br>Medical services | | | | **921.44** |
| Account No. **xxxxx4716**<br><br>**Valley West Community Hospital**<br>**P.O. Box 739**<br>**Moline, IL 61266** | - | | Not provided.<br>Medical services | | | | **445.29** |
| Account No. **xxxxx3928**<br><br>**Valley West Community Hospital**<br>**P.O. Box 739**<br>**Moline, IL 61266** | - | | Not provided.<br>Medical services | | | | **140.98** |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,606.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7710** <br><br> **Valley West Community Hospital** <br> **P.O. Box 739** <br> **Moline, IL 61266** | - | | Not provided. <br> Medical services | | | | 133.60 |
| Account No. <br><br> **WAJI** <br> **Sarkes Tarzian** <br> **347 W. Berry St. Suite 630** <br> **Fort Wayne, IN 46802** | - | | Not provided. <br> Advertisement. | | | | 5,630.00 |
| Account No. <br><br> **WBAY-TV** <br> **115 South Jefferson St.** <br> **Green Bay, WI 54301** | - | | Not provided. <br> Advertisement. | | | | 3,750.00 |
| Account No. <br><br> **WBJZ** <br> **PO Box 163** <br> **Fond Du Lac, WI 54937** | - | | Not provided. <br> Advertisement. | | | | 5,000.00 |
| Account No. **xxx-xxxxxx5-001** <br><br> **Wells Fargo** <br> **PO Box 6434** <br> **Carol Stream, IL 60197** | - | | Not provided <br> Lease | | | | 6,000.00 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,513.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marilyn K. Decker**                                    , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **West Virginia Radio Corp 1251 Earl Core Rd. Morgantown, WV 26505** | - | | | | | | | | 1,545.70 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **WEYE Radio PO Box 629 Church Hill, TN 37642** | - | | | | | | | | 6,870.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **WEYI/WBSF TV 2225 West Willard Rd Clio, MI 48420** | - | | | | | | | | 6,812.50 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **WFON 254 Winnebago Dr. Fond Du Lac, WI 54935** | - | | | | | | | | 2,000.00 |
| Account No. | | | | | Not provided. Advertisement. | | | | |
| **WFRV 1181 East Mason St. Green Bay, WI 54301** | - | | | | | | | | 13,529.00 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **30,757.20**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marilyn K. Decker**                                          , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**WHBF**<br>**231  18th St.**<br>**Rock Island, IL 61201** | - | | | Not provided.<br>Advertisement. | | | | 1,200.00 |
| Account No.<br><br>**WJXT Channel 4**<br>**4 Broadcast Place**<br>**Jacksonville, FL 32207** | - | | | Not provided.<br>Advertisement. | | | | 4,444.37 |
| Account No. **Not provided**<br><br>**WKML Beasley Broadcasting**<br>**Attn: Olde City Financial, Inc.**<br>**P.O. Box 800**<br>**Wayne, PA 19087** | - | | | Not provided<br>Advertising services. | | | | 9,279.00 |
| Account No.<br><br>**WLEG Radio**<br>**421 South 2nd St.**<br>**Elkhart, IN 46516** | - | | | Not provided.<br>Advertisement. | | | | 2,866.66 |
| Account No. **Not provided**<br><br>**WLUK**<br>**Attn: Communications Credit & Recov**<br>**100 Garden City Plaza Ste 222**<br>**Garden City, NY 11530** | - | | | Not provided<br>Advertising services | | | | 5,220.50 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,010.53

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marilyn K. Decker**                                          ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WOGH-FM**<br>**320 Market St.**<br>**Steubenville, OH 43952** | - | | **Not provided.**<br>**Advertisement.** | | | | **4,872.00** |
| Account No.<br><br>**Woodward Radio Group**<br>**PO Box 119**<br>**Appleton, WI 54912** | - | | **Not provided.**<br>**Advertisement.** | | | | **13,500.00** |
| Account No.<br><br>**WQAD**<br>**3003 Park 16th St.**<br>**Moline, IL 61265** | - | | **Not provided.**<br>**Advertisement.** | | | | **6,834.00** |
| Account No.<br><br>**WSMV TV**<br>**5700 Knob Rd.**<br>**Nashville, TN 37209** | - | | **Not provided.**<br>**Advertisement.** | | | | **6,400.00** |
| Account No. **Not provided**<br><br>**WSOC - FM**<br>**Attn: Kenneth G. McEvoy**<br>**628 Columbus Street Ste 107**<br>**Ottawa, IL 61350** | - | | **Not provided**<br>**Advertising services** | | | | **22,402.00** |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **54,008.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marilyn K. Decker_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **WTSH - FM** 20 John Davenport Dr. Rome, GA 30165 | - | | Not provided. Advertisement. | | | | 9,300.00 |
| Account No. **Not provided**  **WTVF - News Channel 5** 474 James Roberton Parkway Nashville, TN 37219 | - | | Not provided Advertising services | | | | 6,269.17 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 15,569.17 |
| Total (Report on Summary of Schedules) | 2,258,822.99 |

B6G (Official Form 6G) (12/07)

In re   **Marilyn K. Decker**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re　**Marilyn K. Decker**　　　　　　　　　　　　　　　　　　　　,　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wayne Decker**<br>**3868 N. Illinois Route 23**<br>**Sheridan, IL 60551**<br>　**Spouse.** | |
| **Wayne Decker**<br>**3868 North Illinois Route 23**<br>**Sheridan, IL 60551** | **Centrue Bank**<br>**321 W. Main St.**<br>**Ottawa, IL 61350** |
| **Wayne Decker**<br>**3868 N. Illinois Route 23**<br>**Sheridan, IL 60551** | **Citizens Automobile Finance**<br>**PO Box 42002**<br>**Providence, RI 02940** |
| **Wayne Decker**<br>**3868 N. Illinois Route 23**<br>**Sheridan, IL 60551** | **Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** |
| **Wayne Decker**<br>**3868 N. Illinois Route 23**<br>**Sheridan, IL 60551** | **Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Marilyn K. Decker** _____    Case No. _____
_____ Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Decker & Sons, Inc.** | |
| How long employed | **5 years** | |
| Address of Employer | **2156 22nd Road** **Sheridan, IL 60551** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **3,565.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **3,565.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **998.20** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **998.20** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,566.80** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,566.80** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,566.80** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Marilyn K. Decker** _____   Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,900.00 |
|   a. Are real estate taxes included?   Yes **X**   No ___ | | |
|   b. Is property insurance included?   Yes **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
|       b. Water and sewer | $ | 0.00 |
|       c. Telephone | $ | 0.00 |
|       d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 0.00 |
|       b. Life | $ | 0.00 |
|       c. Health | $ | 0.00 |
|       d. Auto | $ | 0.00 |
|       e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 0.00 |
|       b. Other | $ | 0.00 |
|       c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|   Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,900.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,566.80 |
| b.   Average monthly expenses from Line 18 above | $ | 1,900.00 |
| c.   Monthly net income (a. minus b.) | $ | 666.80 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Marilyn K. Decker**
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____

Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**49**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 10, 2010**　　　　　　　　　Signature   **/s/ Marilyn K. Decker**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Marilyn K. Decker**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marilyn K. Decker**                                        Case No.
_____                             Chapter   **7**
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,000.00** | **2010 YTD: Decker & Sons, Inc.** |
| **$75,000.00** | **2009: Decker & Sons, Inc.** |
| **$75,000.00** | **2008: Decker & Sons, Inc.** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

#### 3. Payments to creditors

None ☐

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** | **8/1/10; 7/1/10; 6/1/10** | **$5,919.00** | **$250,000.00** |
| **Citizens Automobile Finance**<br>**PO Box 42002**<br>**Providence, RI 02940** | **8/15/10; 7/15/10; 6/15/10** | **$1,950.00** | **$23,454.85** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cromwell Radio v. Decker - 09-GC-19162** | **Debt collection** | **County of Davidson, Nashville, TN** | **Judgement pending.** |
| **Cumulus v. Decker - 09-CV-1407** | **Debt collection.** | **Winnebago County, Wisconsin** | **Judgment entered.** |
| **Maverick Media v. Decker - 2009-SC-2920** | **Debt collection** | **Circuit Court, Eau Claire, Wisconsin** | **Judgment entered.** |
| **Cox Radio v. Decker - 16-2009-CA-012853** | **Debt collection** | **Fourth Judical Circuit, Duval, Florida** | **Judgement pending** |
| **Next Media v. Decker** | **Debt Collection** | **Saginaw, Michigan** | **Judgement pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Next Media v. Decker** | **Debt Collection** | **New Bern, North Carolina** | **Judgement pending** |
| **Regent Broadcasting n/k/a TownSquare Media v. Decker - 2010-CV-157** | **Debt collection** | **Weld County, Colorado, District Court** | **Judgement pending** |
| **Barrington Broadcasting Flint Corp. v. Ultra 90 and Decker - 10-SC-1412** | **Debt Collection.** | **Thirteen Judicial Circuit, LaSalle County, Illinois** | **Judgement Entered** |
| **Next Media Group, LLC v. Ultra 90 and Decker - 10-LM-243** | **Debt Collection** | **Thirteenth Judicial Circuit, LaSalle County, Illinois** | **Judgement entered** |
| **Qantum of Myrtle Beach, LLC v. Ultra 90 and Decker 09-CP-26-12239** | **Debt Collection** | **Court of Common Pleas, Horry County, South Carolina** | **Judgement Entered** |
| **Powell Broadcasting Company v. Ultra 90 and Decker - LACV141425** | **Debt Collection** | **District Court, Woodbury County, Iowa** | **Judgement pending** |
| **Clear Channel Mgmt Services, Inc. v. Ultra 90 and Decker - 10-LM-362** | **Debt Collection** | **Thirteenth Judicial LaSalle County, Illinois** | **Judgement entered.** |
| **NewsRadio Group, LLC v. Ultra 90 and Decker - 10-LM-358** | **Debt collection** | **Thirteenth Judicial LaSalle County, Illinois** | **Judgement entered.** |
| **CSB Radio, Inc. v. Ultra 90 and Decker - 10-LM-361** | **Debt collection** | **Thirteenth Judicial LaSalle County, Illinois** | **Judgement entered.** |
| **SAGA Communications of Tuskesse v. Ultra 90 and Decker** | **Debt collection** | **Thirteenth Judicial LaSalle County, Illinois** | **Judgement entered.** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Office of William L. Hotopp**<br>**222 E. Church Street**<br>**Sandwich, IL 60548** | **8/5/10** | **$1,250.00** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None  ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None  ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None □ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Decker & Sons, Inc.** | **4017** | **3868 North Illinois Route 23 Sheridan, IL 60551** | **Health products.** | **2006 to present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Scott M. Mcallister**<br>**10301 Fox River Drive**<br>**Newark, IL 60541** | **Tax years 2006-present.** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **8/31/10** | **Sherry Decker** | **$10,000.00** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **8/31/10** | **Decker & Sons, Inc**<br>**3868 North Illinois Route 23**<br>**Sheridan, IL 60551** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Wayne Decker**<br>**3868 North Illinois Route 23**<br>**Sheridan, IL 60551** | **Stock holder.** | **25%** |

8

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Marilyn Decker**<br>**3868 North Illinois Route 23**<br>**Sheridan, IL 60551** | **Share holder.** | **25%** |
| **Derick Decker**<br>**5570 Sudyam Road**<br>**Leland, IL 60531** | **Share holder.** | **25%** |
| **Shane Decker**<br>**4156 East 21st Road**<br>**Sheridan, IL 60551** | **Share holder.** | **25%** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **Shane Decker** | **4156 East 21st Road**<br>**Sheridan, IL 60551** | **Not provided** |

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **September 10, 2010**                    Signature  **/s/ Marilyn K. Decker**

                                                           **Marilyn K. Decker**
                                                           Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marilyn K. Decker** _____   Case No. _____

                                Debtor(s)   Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Centrue Bank** | **Describe Property Securing Debt:**<br>**Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** |
|---|---|

Property will be (check one):
- ☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Citizens Automobile Finance** | **Describe Property Securing Debt:**<br>**2009 Chrysler CTS.** |
|---|---|

Property will be (check one):
- ☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citizens First National Bank** | **Describe Property Securing Debt:**<br>**Unimproved land, 50 acres located at North 3560th Road, Serena, Illinois.** |

Property will be (check one):
□ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt       □ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Citizens First National Bank** | **Describe Property Securing Debt:**<br>**Single family residence located at 3868 N. Illinois Route 23, Sheridan, Illinois 60551** |

Property will be (check one):
□ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt       □ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Citizens First National Bank** | **Describe Property Securing Debt:**<br>**Single family residence located at 566 Carolyn, Somonauk, Illinois.** |

Property will be (check one):
□ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt       □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                 Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Citizens First National Bank** | **Describe Property Securing Debt:**<br>**Single family residence located at 3813 East 22nd Road,**<br>**Serena, Illinois.** |

Property will be (check one):
    ☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 10, 2010**          Signature   **/s/ Marilyn K. Decker**
                                                **Marilyn K. Decker**
                                                Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marilyn K. Decker**                            Case No. _____

                                       Debtor(s)                 Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,250.00 |
| Prior to the filing of this statement I have received | $ | 1,250.00 |
| Balance Due | $ | 0.00 |

2.   $ __**299.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**September 10, 2010**__            **/s/ William L. Hotopp**
                                            **William L. Hotopp 6239147**
                                            **Law Office of William L. Hotopp**
                                            **222 E. Church Street**
                                            **Sandwich, IL 60548**
                                            **815-786-7770  Fax: 815-786-7773**
                                            **wlhotopp@comcast.net**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Marilyn K. Decker**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marilyn K. Decker**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Marilyn K. Decker**                   **September 10, 2010**
_____
Signature of Debtor                          Date

X _____
Signature of Joint Debtor (if any)           Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marilyn K. Decker** _____  Case No. _____

Debtor(s)   Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **198**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 10, 2010** _____     **/s/ Marilyn K. Decker** _____

**Marilyn K. Decker**

Signature of Debtor

.

5 Star Radio Group
1640 Old Russellville Pike
Clarksville, TN 37043


A.R.C. - DeKalb LLC
520 East 22nd Street
Lombard, IL 60148


Aaron Baer
Baer Performance Marketing
1951 Fiesta Lane
Green Bay, WI 54302


ACME Television of WI
975 Parkview Rd. Suite 4
Green Bay, WI 54304


AJG Corporation
PO Box 542
Dellslow, WV 26531


American Finasco, Inc.
12818 Hwy. 105 West, Suite 1A
Conroe, TX 77304


AmSher Collection Services, Inc.
600 Beacon Pkwy. W Suite 300
Birmingham, AL 35209


Anesthiesia Associates
350 S Northwest HW 200
Park Ridge, IL 60068


Arthur Inman
411 Hamilton Blvd. Suite 1302
Peoria, IL 61602


Artistic Media Partners
3371 Cleveland Rd. Suite 300
South Bend, IN 46601


Atlas Physical Therapy &
Sports Medicine
PO Box 848
Aurora, IL 60507

Aurora Radiology Consultants
520 E. 22nd St.
Lombard, IL 60148


Aurora Radiology Consultants
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519


Barrington Broadcasting
Attn: Kenneth McEvoy
628 Columbus Street Ste 107
Ottawa, IL 61350


Beasley Broadcasting
PO Box 2563
Fayetteville, NC 28302


Blue Water Broadcasting
4101-A Wall Street
Montgomery, AL 36106


Capitol One
PO Box 30285
Salt Lake City, UT 84130-0285


Capitol One Business Card
PO Box 30285
Salt Lake City, UT 84130-0285


Carnival Sea Miles / Barclay Card
PO Box 13337
Philadelphia, PA 19101


CBS Radio, Inc.
180 North Stetson Ave.
Suite 1000
Chicago, IL 60601


CBS Radio, Inc.
1520 South Blvd. Suite 300
Charlotte, NC 28203

CBS4 - Coronet Communications
231 18th Street
Rock Island, IL 61201


Centrue Bank
321 W. Main St.
Ottawa, IL 61350


Chase Credit Card
PO Box 15298
Wilmington, DE 19850


Citadel
PO Box 1280
Boise, ID 83701


Citadel and Last Bastion Trust
4045 NW 64th, Suite 600
Oklahoma City, OK 73116


Citadel Broadcasting
3420 Pine Tree Rd.
Lansing, MI 48911


Citadel Broadcasting
1740 Champagne Dr. N.
Saginaw, MI 48604


Citizens Automobile Finance
PO Box 42002
Providence, RI 02940


Citizens First National Bank
606 S. Main Street
Princeton, IL 61356


Clear Channel
2864 South Circle Drive
Colorado Springs, CO 80906


Clear Channel
PO Box 406372
Atlanta, GA 30384

Clear Channel
PO Box 21008
Huntsville, AL 35813


Clear Channel
600 Beacon Parkway West, Suite 400
Birmingham, AL 35209


Clear Channel
4695 South Monaco Street
Denver, CO 80237


Clear Channel
11700 Central Parkway
Jacksonville, FL 32224


Clear Channel
1501 13th Ave.
Columbus, GA 31901


Clear Channel
809 Westover Blvd.
Albany, GA 31707


Clear Channel
233 N. Michigan #2800
Chicago, IL 60601


Clear Channel
9323 E. 37th N
Wichita, KS 67226


Clear Channel
125 S. Superior
Toledo, OH 43604


Clear Channel
50 Penn Place, Suite 1000
Oklahoma City, OK 73118


Clear Channel
2801 South Decker Lake Dr.
Salt Lake City, UT 84119

Clear Channel
2561 S. Fish Hatchery Rd.
Madison, WI 53711


Clear Channel
12100 W. Howard Ave
Greenfield, WI 53228


Clear Channel
5966 Grove Hill Rd.
Frederick, MD 21703


Clear Channel
55 Music Square West
Nashville, TN 37203


Clear Channel
3535 E. Kimberly Rd.
Davenport, IA 52807


Clear Channel
1113 Nebraska St.
Sioux City, IA 51105


Clear Channel
10 Columbus Blvd.
Hartford, CT 06106


Clear Channel
3565 Green St.
Muskegon, MI 49444-3875


Clear Channel
77 Monroe Center, Suite 1000
Grand Rapids, MI 49503


Clear Channel Markets
3355 Lenox Rd. NE, 9th Floor
Atlanta, GA 30326


Coface Collections
PO Box 8510
Metairie, LA 70011

Communications Credit and Recovery
100 Garden City Plaza, Suite 222
Garden City, NY 11530


Cox Radio
8000 Belfort Parkway
Jacksonville, FL 32256


Cox Radio
850 Bobbin Mill Rd.
Athens, GA 30606


Cromwell Radio
1824 Murfreesboro Road
Nashville, TN 37217


Cumulus
1229 Brady St.
Davenport, IA 52803


Cumulus
6317 Taylor Dr.
Flint, MI 48507


Cumulus
4154 Jennings Dr.
Kalamazoo, MI 49048


Cumulus
491 S. Washburn St., Suite 400
Oshkosh, WI 54904


Cumulus Media
1 Commerce Street
Montgomery, AL 36104


Cumulus Media
810 Victoria St.
Green Bay, WI 54302


Cumulus Radio
425 2nd St. S.E., 4th Floor
Cedar Rapids, IA 52401

Curtis Media
3012 Highwoods Blvd
Ste 201
Raleigh, NC 27604


Daily American
334 W. Main St., PO Box 638
Somerset, PA 15501


Dan Phillips
3355 Lenox Rd. N.E., 9th Floor
Atlanta, GA 30326-1322


Dee Dennison
600 Main Street
Windsor, CO 80550


East Carolina Radio
2422 S. Wrightsville Ave.
Nags Head, NC 27959


Entercom Communications
305 Hwy. 315
Pittston, PA 18640


Forever Broadcasting
2551 Park Center Blvd.
State College, PA 16801


Forever Broadcasting
One Forever Dr.
Hollidaysburg, PA 16648


Forever Broadcasting
109 Plaza Dr.
Johnstown, PA 15905


Forever Communications
122 Radio Rd.
Jackson, TN 38301


FOX 12 KTRV
PO Box 1212
Nampa, ID 83653

Frey McCargar & Plock
131 Lincoln Ave, Suite 100
Fort Collins, CO 80524


GapWest Broadcasting
125 West Mendenhall Suite 1
Bozeman, MT 59715


Gardiner, Koch, Weisberg & Wrong
53 W. Jackson Blvd. Ste 950
Chicago, IL 60604


Gentle Solutions
Attn: Tricia McDaniel
3596 N. Jefferson Rd.
Midland, MI 48642


Global Creditors Network
2450 White Rd, Suite 200
Irvine, CA 92614


Goldberg, Milstein and Black, LLC
5100 Parkcenter Ave.
Dublin, OH 43017


Greater Media
One Julian Price Place
Charlotte, NC 28208


Healthcare Information Services
350 S. Northwest Hwy, Suite 200
Park Ridge, IL 60068


Healthy Solutions
Attn: Stephanie Handy
22212 W. Harris Rd.
Brant, MI 48614


Horizon Financial Management
8585 S. Broadway
Suite 880
Merrillville, IN 46410

Hubbard Radio
3415 University Ave. SE
Minneapolis, MN 55114


Impact Radio
4049 Williston Rd. Suite 2
South Burlington, VT 05403


Inner Banks Media
408 West Arlington Blvd.
Suite 101-C
Greenville, NC 27834


James, Stevens and Daniels
1283 College Park Dr.
Dover, DE 19904-8713


Jeffery L. Poulson
705 Douglas Street
Ste 509
Sioux City, IA 51101


Jeffrey R. Hennen
Stevens and James, Inc.
P.O. Box 149
Harrington, DE 19952


Kenneth McEvoy
628 Columbus Street
Ottawa, IL 61350


Kohls
P.O. Box 3043
Milwaukee, WI 53201


KSL TV
55 North 300 West Broadcast House
Salt Lake City, UT 84110


KWQC
805 Brady St.
Davenport, IA 52803

La Cross Radio Group
PO Box 2017
La Crosse, WI 54602


Law Office of W.C. French
P.O. Box 572884
Houston, TX 77257


Legacy Media - WEKS
PO Box 925
Senoia, GA 30276


Lin Television FOX 11
n/k/a Acme Television of WI, LLC
787 Lombardi Avenue
Green Bay, WI 54313


Local TV Illinois, LLC
Attn: Kenneth R. McEvoy
628 Columbus Street, Ste 107
Ottawa, IL 61350


MacDonald Garber Broadcasting
2095 US 131 S., PO Box 286
Petoskey, MI 49770


Mark D. Neill
P.O. Box 2850
Murrells Inlet, SC 29576


Maverick Media, LLC
Attn: Neil Bauer
944 Harlem St.
Altoona, WI 54720


Medical & Dental Business Bureau
333 E. Washington Blvd.
P.O. Box 11285
Fort Wayne, IN 46857


Merchants Retail Credit Assoc.
333 East Washington Blvd.
Fort Wayne, IN 46802

Meredith Corporation
425 14th St. NW
Atlanta, GA 30318


Midwest Broadcasting / WRIG, Inc.
WDEZ & WIFC
PO Box 2048
Wausau, WI 54402-2048


Midwest Broadcasting WNCY & WIXX
1420 Bellevue St.
Green Bay, WI 54311


Midwest Family Broadcasting
201 State St.
La Crosse, WI 54602


Midwestern Broadcasting Company
The Paul Bunyan Network
314 Front St., PO Box 472
Traverse City, MI 49684


MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277


Moby Enterprises
1160 D. Grimes Bridge Road
Roswell, GA 30075


Modern Babies and Children
PO Box 625
Parkton, MD 21120


Mountain Dog Media Stations
254 Winnebago Drive
Fond Du Lac, WI 54935


NACM Oregon
7931 NE. Halsey St., #200
Portland, OR 97213

Nashville Scene
210 12th Ave. South, Suite 100
Nashville, TN 37203

News Radio Group, LLC
Attn: Kenneth G. McEvoy
628 Columbus Street Ste 107
Ottawa, IL 61350

Next Media
1361 Colony Dr.
New Bern, NC 28562

Next Media
1795 Tittabawassee Rd
Saginaw, MI 48604

Northern Broadcasting
1020 Hastings, Suite 102
Traverse City, MI 49686

NRG Media
2301 County B
Plover, WI 54467

NRG Media
PO Box 666
Kearney, NE 68848

Oasis Radio Group
2100 Goshen Rd. Suite 232
Fort Wayne, IN 46808

Opus Broadcasting
1200 N. 18th St.
Monroe, LA 71201

Palos Community Hospital
12251 S. 80th Ave.
Palos Heights, IL 60463

Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463

Paulson Management Group, Inc
1035 Pearl St. 4th Floor
Boulder, CO 80302


Peak Broadcasting
827 E. Park Blvd. Suite 201
Boise, ID 83712


Perfect Wedding Guide
PO Box 445
Parkton, MD 21120


Petroff, Furst and Assoc.
5090 Richmond Ave. Suite 445
Houston, TX 77056


Planet Radio
237 W. Edison Rd.
Mishawaka, IN 46545


PMB Radio
1353 13th Ave.
Columbus, GA 31901


Powell Broadcasting
522  14th St.
Sioux City, IA 51105


Provena Mercy Medical Center
75 Remittance Dr. Suite 1871
Chicago, IL 60675


Qantum of Florence
181 E. Evans St., Suite 311
Florence, SC 29506


Qantum of Myrtle Beach
4841 Hwy. 17 Bypass South
Myrtle Beach, SC 29577


QueenB Television
141 S. 6th St.
La Crosse, WI 54601

Radio One
2755 Sager Rd.
Valparaiso, IN 46383


Radio Plus, Inc.
210 S Main St.
Fond Du Lac, WI 54935


Redwolf Broadcasting
PO Box 357
Ledyard, CT 06339


Regent Broadcasting n/k/a
TownSquare Media
600 Main Street
Windsor, CO 80550


Regent Broadcasting n/k/a
TownSquare Media
9418 River Rd.
Marcy, NY 13403


Regent Broadcasting n/k/a
TownSquare Media
3338 E. Bristol Rd.
Burton, MI 48529


Regent Communications n/k/a
TownSquare Media
3301 Frederica St.
Owensboro, KY 42301


Renda Broadcasting
6440 Atlantic Blvd.
Jacksonville, FL 32211


Renda Broadcasting
1200 E. Britton Rd.
Oklahoma City, OK 73131


Results Radio
970 Tripoli St.
Johnstown, PA 15902

RiverBend Communications
1190 E. Lincoln Rd.
Idaho Falls, ID 83401


Ross, Stuart & Dawson, Inc.
691 North Squirrel Road
Ste 175
Auburn Hills, MI 48326


Rush Copley Medical Center
P.O. Box 352
Aurora, IL 60507


SAGA Communications of Tuskesse
Attn: Kenneth G. McEvoy
628 Columbus Street Ste 107
Ottawa, IL 61350


Salem Media
2970 Peachtree Rd. NW. Suite 700
Atlanta, GA 30305


Shoreline Communication
PO Box 4190
Campbellsville, KY 42719


Simmons Media
2425 W. Central Ave. Suite 203
Missoula, MT 59801


Sinclair Communications
631 Mainstream Dr.
Nashville, TN 37228


Smith and Belendiuk, P.C.
5028 Washington Ave. N.W. Suite 301
Washington, DC 20016


South Central Broadcast Group
PO Box 40506
Nashville, TN 37204


Stevens and James, Inc.
PO Box 149
Harrington, DE 19952

Sunshine Broadcasting
100 NW 76th Dr., Suite 2
Gainesville, FL 32607


Syndicated Solutions
PO Box 1078
Ridgefield, CT 06877


Szabo Associates, Inc.
3355 Lenox Rd. N.E., 9th Floor
Atlanta, GA 30326-1322


Tactical Solutions
22850 W. Harris Rd.
Brant, MI 48614


Tactical Solutions
Attn: Marilyn Murdock
22850 W. Harris Rd.
Brant, MI 48614


The Law Offices of Kent Overstreet
205 W. 2nd St.
Owensboro, KY 42303


Tucker Albin and Assoc.
Attn: John Monahan
1702 North Collins, Suite 204
Richardson, TX 75080


Twin Lakes Radio
2352 Highway 62 B
Mountain Home, AR 72653


Tyler Media
5101 S. Shields Blvd.
Oklahoma City, OK 73129


Ultra Slim 90
Attn: Frasier, Trebilock, Davis & D
124 W. Allegan Street Ste 1000
Lansing, MI 48933

Underwood Law Firm
515 Olive St. Suite 800
Saint Louis, MO 63101


Valerie J. Revnew
Epiphany Law
4211 North Lightening Dr.
Appleton, WI 54913


Valley West Community Hospital
P.O. Box 739
Moline, IL 61266


Valley West Community Hospital
11 E. Pleasant Avenue
Sandwich, IL 60548


Vericore
10115 Kincey Ave, Suite 100
Huntersville, NC 28078


Vernon J. Jesse
P.O. Box 2038
Madison, WI 53701


WAJI
Sarkes Tarzian
347 W. Berry St. Suite 630
Fort Wayne, IN 46802


Wayne Decker
3868 N. Illinois Route 23
Sheridan, IL 60551


Wayne Decker
3868 North Illinois Route 23
Sheridan, IL 60551


WBAY-TV
115 South Jefferson St.
Green Bay, WI 54301


WBJZ
PO Box 163
Fond Du Lac, WI 54937

Wells Fargo
PO Box 6434
Carol Stream, IL 60197


West Virginia Radio Corp
1251 Earl Core Rd.
Morgantown, WV 26505


WEYE Radio
PO Box 629
Church Hill, TN 37642


WEYI/WBSF TV
2225 West Willard Rd
Clio, MI 48420


WFON
254 Winnebago Dr.
Fond Du Lac, WI 54935


WFRV
1181 East Mason St.
Green Bay, WI 54301


WHBF
231 18th St.
Rock Island, IL 61201


WJXT Channel 4
4 Broadcast Place
Jacksonville, FL 32207


WKML Beasley Broadcasting
Attn: Olde City Financial, Inc.
P.O. Box 800
Wayne, PA 19087


WLEG Radio
421 South 2nd St.
Elkhart, IN 46516


WLUK
Attn: Communications Credit & Recov
100 Garden City Plaza Ste 222
Garden City, NY 11530

WOGH-FM
320 Market St.
Steubenville, OH 43952


Woodward Radio Group
PO Box 119
Appleton, WI 54912


WQAD
3003 Park 16th St.
Moline, IL 61265


WSMV TV
5700 Knob Rd.
Nashville, TN 37209


WSOC - FM
Attn: Kenneth G. McEvoy
628 Columbus Street Ste 107
Ottawa, IL 61350


WTSH - FM
20 John Davenport Dr.
Rome, GA 30165


WTVF - News Channel 5
474 James Roberton Parkway
Nashville, TN 37219